IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

        Plaintiff,

vs.

Cabrera Construction,

        Defendant.

Case No. 2:21-cv-1678

Judge Watson

Magistrate Judge Deavers

JUDGMENT BY DEFAULT

IT APPEARING THAT the defendant, Cabrera Construction, having been regularly served with summons and complaint, and having failed to plead or otherwise defend in this action, and the default of the said defendant in the premises having been duly entered according to law on June 25, 2021;

NOW THEREFORE, upon the application of the Plaintiff, judgment is hereby entered against said Defendant in pursuance of the prayer of said complaint;

Wherefore it is ORDERED, ADJUDGED AND DECREED that judgment is entered in the favor of United States of America and against Cabrera Construction as to the following:

Plaintiffs claim against defendant is for a sum certain, to wit: Count 1 - $45,720.10 (principal $29,877.00; interest $623.80; penalty fee $3,593.43; admin fee $20.00; DMS fees $10,234.27 and DOJ fees $1,371.60); Count 2- $14,052.86 (principal $8,366.00; interest $283.22; penalty fee $1,657.50; admin fee $20.00; DMS fees $3,304.55 and DOJ fees $421.59); Count 3 - $60,461.16 (principal $41,050.00; interest $606.94; penalty fee $3,436.39; admin fee $20.00; DMS fees $13,534.00 and DOJ fees $1,813.83) accrued through March 3, 2021.

Default Judgment entered July 1, 2021.

        Richard W. Nagel, Clerk
        United States District Court
        Southern District of Ohio

        By: _/s/Eduardo Rivera_____
            Eduardo Rivera, Deputy Clerk